■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP NICKENS, Appellant. [846 NYS2d 910]—Judgment of resentence, Supreme Court, New York County (Carol Berkman, J.), rendered April 19, 2006, resentencing defendant, upon his plea of guilty, of robbery in the first degree to a term of 12½ to 25 years, to run concurrently with time remaining on a previously imposed sentence, nunc pro tunc to August 1, 1995, unanimously affirmed.

Defendant did not preserve his claim that the court improperly resentenced him (see People v Samms, 95 NY2d 52, 55-58 [2000]), and we decline to review it in the interest of justice. Were we to review this claim, we would find that the court did not unlawfully alter defendant's sentence (see CPL 430.10).

We have considered and rejected defendant's remaining arguments, including his ineffective assistance of counsel claim. Concur—Mazzarelli, J.P., Saxe, Marlow, Catterson and Malone, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELROSE WEST, Appellant. [846 NYS2d 911]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered on or about November 9, 2005, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Mazzarelli, J.P., Saxe, Marlow, Catterson and Malone, JJ.